FORM 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| LIONSHEAD SPECIALTY TIRE AND WHEEL LLC<br><br>                                    Plaintiff,<br>                    v.<br><br>UNITED STATES,<br><br>                                    Defendant. | Court No. 24-00020 |

TO:   The Attorney General and the U.S. Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

<u>**/s/ Mario Toscano**</u>
Clerk of the Court

## 1. Name and Standing of Plaintiff

Plaintiff in this action is Lionshead Specialty Tire and Wheel LLC ("Lionshead"), a U.S. importer of the merchandise at issue in the Enforce and Protect Act ("EAPA") proceeding before the U.S. Customs and Border Protection ("CBP") that resulted in the contested determination. Lionshead is an interested party per 19 U.S.C. § 1517(a)(6). Lionshead is "a person determined to have entered such covered merchandise through evasion" thereby permitted to "see judicial review of the {EAPA} determination . . . in the United States Court of International Trade . . . ." 19 U.S.C. § 1517(g).  As a result of the contested determination, Lionshead is subject to Antidumping and Countervailing duties for entries as of March 19, 2019, and is therefore adversely affected or aggrieved with the meaning of Section 702 of the Administrative Procedure Act, as amended, 5 U.S.C. § 702. Lionshead thus has standing to commence this action pursuant to 28 U.S.C. § 2631(i).

## 2. Brief Description of Contested Determination

Plaintiff contests certain aspects of CBP's administrative determination issued in EAPA Cons. Case No. 7549 in which it erroneously found that Plaintiff evaded the antidumping (A-570-090) & countervailing duty (C-570-091) order on Steel Trailer Wheels from

**FORM 3-1**

China. *See* December 15, 2023, final administrative determination in EAPA case number 7549, including the August 7, 2023, CBP's Trade Remedy and Law Enforcement Directorate ("TRLED") Notice of Determination as to Evasion – EAPA Consolidated Case Number 7459.  Plaintiff maintains imported products were not within the scope of the Orders & that CBP denied due process & improperly suspended liquidation on entries of the subject merchandise. These determinations are contested pursuant to 19 U.S.C. § 1517(g).

This Summons is being filed within 30 business days of the completion of the EAPA investigation through CBP's issuance on December 15, 2023, of the final administrative determination, and is thus, timely filed pursuant to 19 U.S.C. § 1517(g)(1).

**3.      Date of Determination**

The contested final administrative determination was issued on December 15, 2023.

**4.      Date of Publication in Federal Register of Notice of Contested Determination**

Not applicable - EAPA determinations are not published in the Federal Register.

Respectfully submitted,

**/s/ Robert Kevin Williams**
Mark Ludwikowski
Kelsey Christensen
Sally Alghazali

Clark Hill PLC
130 E. Randolph Street, Suite 3900,
Chicago, IL 60601
312-985-5907

*Counsel to Lionshead Specialty Tire and Wheel LLC*

Dated:  January 30, 2024

## **CERTIFICATE OF SERVICE**

I certify that copies of the Summons, Complaint, Form 5, Form 11s, and Form 13 filed in case number 24-00020 were served by certified mail, return receipt requested, on this 30th day of January, 2024, upon each of the interested parties listed below:

Justin Miller
Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Patricia M. McCarthy, Director
Civil Division, Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Chief Counsel Frederick B. Smith
Office of Chief Counsel
**U.S. Customs & Border Protection**
1300 Pennsylvania Ave., NW
Washington, DC 20229

Alice Kipel, Executive Director
Office of Regulations & Rulings
**U.S. Customs & Border Protection**
1300 Pennsylvania Ave., NW
Washington, DC 20229

**On behalf of Asia Wheel Co., Ltd.:**

Jay Charles Campbell
**White & Case, LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 626-3632

**On behalf of Dexstar Wheel Division of Americana Development, Inc.:**

Roger B. Schagrin, Esq.
**Schagrin Associates**
900 7th Street, NW, Suite 500
Washington, DC 20001
(202) 223-1700

**On behalf of TrailStar LLC:**

Jordan Charles Kahn
**Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP**
1201 New York Avenue, NW.
Suite 650
Washington, DC 20005
(202) 783-6881

**On behalf of Dexter Distribution Group LLC f.ka. Textrail, Inc.:**

Nancy A. Noonan
ArentFox Schiff LLP
1717 K Street NW
Washington, DC 20006
(202) 587-6479

        **/s/ Robert Kevin Williams**
        Robert Kevin Williams